# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| TEAMSTER LOCAL 400 FOOD TERMINAL EMPLOYEE'S PENSION FUND, | ) ) ) ) | CASE NO. 1:09-CV-2101 |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| Plaintiff, | ) ) ) | |
| | ) | **STIPULATED JUDGMENT ENTRY** |
| v. | ) ) | |
| SAFIER'S, | ) ) | |
| Defendant. | ) | |

The parties herein agree and stipulate that the proper defendant in this case should be Safier's, Inc. and that the record in this matter shall be corrected to reflect Safier's, Inc. as the Defendant.

The parties further agree and stipulate that judgment shall be entered against Defendant Safier's, Inc. in the amount of $1,854,040 plus interest and court costs and, in fact, that no employee, officer, director or shareholder of Safier's, Inc has any liability or responsibility for the monies sought by Plaintiff in this action or the judgment entered into herein.

Plaintiff Teamster Local 400 Food Terminal Employee's Pension Fund further agrees and stipulates that the pension obligation at issue in this matter, and the Judgment, are strictly the obligation of Safier's, Inc. and not the obligation of any of its officers, directors, shareholders, agents and employees. Plaintiff Teamster Local 400 Food Terminal Employee's Pension Fund further agrees on its own behalf and on behalf of its agents, representatives, members, and successors to release, acquit, and forever discharge the officers, directors, shareholders, agents,

and employees of Defendant Safier's, Inc. from any and all claims, liabilities, or causes of action of any kind or description whatsoever, in law or equity, known or unknown which they may have or believe that they have against such officers, directors, shareholders, agents, and employees.

It is accordingly, **ORDERED, ADJUDGED and DECREED** that the record in this matter shall reflect that the proper defendant is Safier's, Inc.

It is accordingly, **FURTHER ORDERED, ADJUDGED AND DECREED** that judgment shall be entered against Defendant Safier's, Inc. in the amount of $1,854,040 plus interest and that each party shall bear its own costs.

**IT IS SO ORDERED.**

s/Christopher A. Boyko
**JUDGE CHRISTOPHER A. BOYKO**

October 19, 2009

APPROVED BY:

*Rudolph J. Geraci* (signature)
Rudolph J. Geraci (0001217)
Law Offices of Rudolph J. Geraci
7314 Industrial Park
Mentor, Ohio 44060
Telephone:
Facsimile:

*Attorney for Plaintiff Teamster Local 400 Food Terminal Employee's Pension Fund*

/s/ Amanda M. Knapp
Donald S. Scherzer (0022315)
dscherzer@ralaw.com
Amanda M. Knapp (0081948)
aknapp@ralaw.com
Roetzel & Andress LPA
1375 East 9th Street
One Cleveland Center, 9th Floor
Cleveland, Ohio 44114
Telephone: 216.623.0150
Facsimile: 216.623.0134

*Attorneys for Defendant Safier's*

3

## CERTIFICATE OF SERVICE

The foregoing document was filed electronically with the Court on October 19, 2009. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A true and correct copy of the document was also served by regular U.S. mail, postage prepaid, upon the following:

Rudolph J. Geraci
7314 Industrial Park
Mentor, OH 44060

/s/ *Amanda M. Knapp*
Amanda M. Knapp

438740 v_01 \ 075770.0001

4